NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PRICEPLAY, INC. (FORMERLY PERFORMANCE PRICING, INC.),**
*Plaintiff-Appellant,*

v.

**GOOGLE, INC.**
*Defendant-Appellee,*

and

**AOL LLC,**
*Defendant-Appellee.*

---

2010-1306

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 07-CV-0432, Circuit Judge Randall R. Rader, sitting by designation.

---

## ON MOTION

---

## ORDER

Upon consideration of the motion to withdraw Charles K. Verhoeven, Emily C. O'Brien, David A. Perlson, and Antonio R. Sistos as counsel of record for AOL LLC,

IT IS ORDERED THAT:

(1)  The motion is granted.  The revised official caption is reflected above.

(2)  New counsel for AOL LLC must promptly enter an appearance.

FOR THE COURT

NOV   8 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Gregory S. Dovel, Esq.
     Charles K. Verhoeven, Esq.
     Robert L. Burns, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 8 2010

JAN HORBALY
CLERK